# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LATASHA McCLEARY,**
Appellant,

v.

**RICHARD ANDRE FILS-AIME,**
Appellee.

No. 4D2023-0488

[February 15, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Davis, Judge; L.T. Case No. FMCE20001926.

Tasha M. Simmonds of Tasha Simmonds, P.A., Fort Lauderdale, for appellant.

Richard Andre Fils-Aime, Buckeye, AZ, pro se.

PER CURIAM.

*Affirmed.*

LEVINE, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***